JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE FRANCISCO ARNAUD,** | Case No. LA CV 13-07592-VBF (DTB) |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| KERN VALLEY STATE PRISON WARDEN M. BITER, | |
| Respondent. | |

Pursuant to this Court's contemporaneously issued Order Adopting the Report and Recommendation of the United States Magistrate Judge Without Objection, Denying the Habeas Corpus Petition, Denying Petitioner's Request for an Evidentiary Hearing, Directing the Entry of Separate Final Judgment, and Terminating the Action, **final judgment is hereby entered in favor of respondent and against petitioner Jose Francisco Arnaud.**

Dated: Friday, July 8, 2016

*Valerie Baker Fairbank*
Valerie Baker Fairbank
Senior United States District Judge